# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2013

## NO. 03-13-00471-CV

**Zeb Ryan Cummins and Sharon Marie Cummins, Appellants**

**v.**

**Joe Harrison Carr, Donna Leslia Carr, Joe Derek Carr,
and Carmen Marie Cadena, Appellees**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE ROSE

**THIS CAUSE** having this day come to be considered, and the Court is of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction. **IT IS ACCORDINGLY** ordered that the appeal is dismissed for want of jurisdiction. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below, and that this decision be certified below for observance.